WILLIAM HELD JR., as Chairman of Contractors Compensation Trust, et al., Appellants, v STATE OF NEW YORK WORKERS' COMPENSATION BOARD et al., Respondents.

Submitted June 6, 2011; decided September 13, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is

directly involved. Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements.